NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

LOKAI HOLDINGS, LLC,

    Plaintiff,

v.

MATTHEW BARBA and NEIL PATEL,

    Defendants.

Civ. No. 16-4083

**ORDER AND JUDGMENT**

RECEIVED
OCT 26 2017
AT 8:30_____M
WILLIAM T. WALSH
CLERK

THOMPSON, U.S.D.J.

    For the reasons stated in this Court's Opinion on this same day,

    IT IS on this 26th day of October, 2017

    ORDERED that Plaintiff's Motion for Default Judgment (ECF No. 27) is GRANTED such that JUDGMENT is entered in favor of Plaintiff and against Defendants; and it is further

    ORDERED that Plaintiff shall be AWARDED $79,542.13 in attorney's fees and costs for Scarinci & Hollenbeck, LLC, which shall bear interest at the legal rate; and it is further

    ORDERED that Defendants and their officers, agents, servants, employees, and attorneys, and all persons acting in concert and participation with them, are hereby PERMANENTLY RESTRAINED AND ENJOINED from:

    a. Reviving the website www.balancebraceletsoutlet.com, or using it or any other websites bearing infringements of Plaintiff's copyrighted website (at the web address of www.mylokai.com) (U.S. Copyright Reg. Nos. TX 8-199-052 and TX 8-199-067);

    b. Manufacturing, importing, marketing, distributing, promoting, advertising, offering to sell, or selling counterfeit Lokai bracelets or any other bracelets bearing a colorable imitation of the design of Plaintiff's Lokai bracelets (U.S. Patent No. D748,000);

  c. Manufacturing, printing, importing, or using the infringing hangtags or any colorable imitation of Plaintiff's genuine Lokai hangtags, and reproducing or using the copyrighted text inside Plaintiff's genuine Lokai hangtags (U.S. Copyright Reg. No. VA 1-968-047);

  d. Using any of Plaintiff's LOKAI, Water Droplet Design, and FIND YOUR BALANCE marks (protected by Reg. Nos. 4,429,129; 4,637,357; 4,640,686; 4,636,915; 4,698,780; 4,742,254; 4,870,494), and any variation or colorable imitation thereof or any marks confusingly similar thereto; and

  e. Otherwise unfairly competing with Plaintiff; and it is further

ORDERED that Defendant shall immediately transfer ownership of any domain names bearing infringements of Plaintiff's copyrighted website to Plaintiff; and it is further

ORDERED that Plaintiff shall serve copies of this Order on Defendants by certified mail within seven (7) days of entry of this Order; and it is further

ORDERED that the Clerk of Court shall release to Plaintiff its $50,000 security deposit, paid to the Court in keeping with the Court's July 5, 2016 Order (ECF No. 7); and it is further

ORDERED that Plaintiff shall seek post-judgment discovery on damages and move to recover a sum certain of damages, with supporting documentation, within sixty (60) days of the date of this Order. If Plaintiff does not move regarding a sum certain of damages within sixty (60) days the Court shall direct the Clerk to enter final judgment and close the case.

*/s/ Anne E. Thompson*
ANNE E. THOMPSON, U.S.D.J.

2